STATE OF NEW JERSEY v. MICHAEL BEDARD.

September 26, 1986.

Petition for certification denied.

ARBERDEEN TOWNSHIP MUNICIPAL UTILITIES AUTHORITY
v. CIVIL SERVICE COMMISSION.

September 29, 1986.

An amendment to *N.J.S.A.* 40:14B–18 having rendered the application moot;

It is ORDERED the petition for certification is hereby dismissed.

STATE OF NEW JERSEY v. GEORGE STEMGMAIER.

September 30, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS E. MCGOVERN.

September 30, 1986.

Petition for certification denied.